UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MARY JO MULLINS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 2:12-cv-01802-MMD-NJK |
| | ) | |
| vs. | ) | |
| | ) | |
| BIG WHEEL HOSPITALITY, LLC, et al., | ) | <u>RECUSAL ORDER</u> |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter was assigned to the undersigned Magistrate Judge on February 8, 2013.

With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action.  IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

DATED: February 25, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge