DONNA M. OSBORN, ESQ., SBN 6527
JENNIFER E. SIMS, ESQ., SBN 7913
*Nevada Justice Group, Ltd.*
610 S. 10 Street
Las Vegas, Nevada 89101
Office No.: (702) 331-4455 / (888) 506-6018
Donna@NevadaJusticeGroup.Com
Attorney for Plaintiff, Mary Jo Mullins

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARY JO MULLINS fka MARY JO SCAVO and DOES I through X,<br>　　　Plaintiffs<br><br>v.<br><br>BIG WHEEL HOSPITALITY, LLC, SUPER PUMPER, INC., ANGELA FRIDGE BLIEK, JIM BENBROOK, DANIEL FLETCHER, DEBRA FRENCH DOES I through X; ROE Corporations I through X, inclusive,<br>　　　Defendants | CASE NO.: 2:12-CV-1802-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

　　COME NOW Plaintiff MARY JO MULLINS fka MARY JO SCAVO (hereinafter "Plaintiff") by and through her counsel, Donna M. Osborn, Esq. of the *Nevada Justice Group, Ltd.* and Defendants, BIG WHEEL HOSPITALITY, LLC, SUPER PUMPER, INC., JIM BENBROOK, DANIEL FLETCHER and DEBRA FRENCH by and through their counsel of record Clayton P. Brust, Esq. of ROBISON, BELAUSTEGUI, SHARP & LOW, and Stacey L. Moar, Esq., of LIPPES MATHIAS WEXLER FRIEDMAN LP and hereby stipulate and agree as follows,

///

///

///

///

1

**IT IS HEREBY STIPULATED AND AGREED** the above captioned matter shall be immediately dismissed in full with prejudice as to all parties, and this matter closed.

2:12-cv-1802-APG-VCF

DATED this 12th day of September 2013.

Respectfully submitted by:

/s/ *Donna M. Osborn, Esq.*
DONNA M. OSBORN, ESQ., SBN 6527
JENNIFER E. SIMS, ESQ., SBN 07913
610 S. 10 Street
Las Vegas, Nevada 89101
Office No.: (702) 331-4455 / (888) 506-6018
Stacy@NevadaJusticeGroup.Com
Attorney for Mary Jo Mullins

DATED this 12th day of September, 2013.
ROBISON, BELAUSTEGUI, SHARP & LOW

/s/*Barry L. Breslow, Esq.*
Barry L. Breslow, Esq., NSB No. 3023
Clayton P. Brust, Esq., NSB No. 5234
Frank C. Gilmore, Esq., NSB No. 10052
71 Washington Street
Reno, Nevada 89503
Attorney for Defendants Big Wheel Hospitality, LLC, Super Pumper, Inc., Jim Benbrook, Daniel Fletcher, Debra French

DATED this 12 day of September, 2013.
LIPPES MATHIAS WEXLER FRIEDMAN LP

/s/ *Stacey L. Moar, Esq.*
Stacey L. Moar, Esq. (Pro Hac Vice)
665 Main Street, Suite 300
Buffalo, New York 14203
Attorney for Defendants

## O R D E R

**IT IS ORDERED** the above captioned case is hereby dismissed as to all parties and the matter closed.

_____
UNITED STATES DISTRICT JUDGE
Dated: September 17, 2013.